FRANK J. QUAYLE, JR., Respondent, *v.* CITY OF NEW YORK, Appellant.

Submitted May 23, 1938; decided May 31, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 278 N. Y. 19.)

In the Matter of MURRAY LEITNER, Respondent, against NEW YORK TELEPHONE COMPANY, Appellant.

Submitted May 23, 1938; decided May 31, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 277 N. Y. 180.)

BEATRICE SMITH, Appellant, *v.* THERESA CLUTE, Respondent.

Submitted May 23, 1938; decided May 31, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 277 N. Y. 407.)